UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CHARLES JENNINGS,<br><br>            Petitioner,<br><br>            v.<br><br>W. L. MONTGOMERY, Warden,<br><br>            Respondent. | Case No. 5:21-01317 JFW (ADS)<br><br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Motion to Dismiss (Dkt. No. 17), Petitioner's Opposition (Dkt. No. 19), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 25), Petitioner's Objections (Dkt. No. 26), and all the records and files herein.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made and overrules the objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Court approves and accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 25);
2. Respondent's Motion to Dismiss the Petition (Dkt. No. 17) is granted and this case is dismissed with prejudice;
3. Petitioner's Motion to Submit Lodgments is denied; and
4. Judgment is to be entered accordingly.

DATED:  March 17, 2023

THE HONORABLE JOHN F. WALTER
United States District Judge