JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CHARLES JENNINGS, | Case No. 5:21-01317 JFW (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| W. L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and the case is dismissed with prejudice.

DATED:   March 17, 2023

_____
THE HONORABLE JOHN F. WALTER
United States District Judge